# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHARTIS PROPERTY & CASUALTY
COMPANY, et al.,**

      **Plaintiffs,**

**v.**                                **Case No.  8:12-cv-2087-T-30MAP**

**JOHN D. JASSY, et al.,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants John D. Jassy's and Karen K. Jassy's Unopposed Motion for Partial Stay (Dkt. 28).  The Court, having reviewed the motion and being otherwise advised in the premises, concludes the motion for partial stay should be granted.

Plaintiffs Chartis Property & Casualty Company and American Home Assurance Company seek declaratory relief as to their duty to defend and their duty to indemnify Defendants as related to an underlying state court action.  As Defendants explained in their motion, the duty to defend is determined solely by the allegations in the underlying state court complaint, whereas the duty to indemnify depends upon the outcome of the underlying state court action.  Accordingly, any declaration as to the duty to indemnify is premature until the resolution of the underlying claim.  Therefore, the Court grants the Jassys' motion for a

partial stay in the present action as to the Plaintiffs' duty to indemnify claims.  The parties shall proceed, however, on the duty to defend claims.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendants John D. Jassy's and Karen K. Jassy's Unopposed Motion for Partial Stay (Dkt. 28) is GRANTED.

2.      This action is stayed as to the Plaintiffs' duty to indemnify claims until the resolution of the pending state court action.

3.      The parties shall file a motion to lift the stay and attach a final judgment order upon resolution of the state court action.

**DONE** and **ORDERED** in Tampa, Florida on January 30, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Odd\2012\12-cv-2087.staydutyindemnify.frm